IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| DAVID MATTHEW LEWERENTZ and | ) | |
| JOSHUA MICAH MAZZERI, | ) | No. 18-15803 |
| | ) | Hon. Timothy A. Barnes |
| | ) | Chapter 7 |
| Debtor(s) | ) | |

## NOTICE OF MOTION

To: see attached service list

    **PLEASE TAKE NOTICE** that on November 14, 2018 at 10 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Timothy A. Barnes in Courtroom 744 or such judge who may be sitting in his stead, in the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Trustee's Application to Employ Special Counsel,** at which time and place you may appear if you see fit. A copy of said Motion is attached hereto and is herewith served upon you.

                                          Andrew J. Maxwell (ARDC #1799150)
                                          Maxwell Law Group, LLC
                                          3010 N. California
                                          Chicago, IL 60618
                                          312/368-1138

## CERTIFICATE OF SERVICE

    The undersigned attorney certifies that he electronically served a copy of the foregoing Notice and Motion to the United States Trustee, Debtors' attorney, and any others having registered pursuant to Section II(B)(4) of the Administrative Procedures for the Case Management/Electronic Case Filing System through the Court's Electronic Notice for Registrants on the date of filing of the Motion, on or before November 7, 2018.

                                          */s/ Andrew J. Maxwell*

SERVICE LIST (LEWERENTZ AND MAZZERI)  18-15803

United States Trustee
219 S. Dearborn Street
8th floor
Chicago, IL 60419

Peter L. Berk
Douglas Rivera
O'Keefe, Rivera, & Berk, LLC
55 W. Wacker Dr., #1400
 Chicago, IL 60601


**By U.S. Mail**

Vincent J. Arrigo
Romanucci & Blandin, LLC
321 N. Clark Street, #900
Chicago, IL 60654

Adam Berger
20 N. Clark Street #2300
Chicago, IL 60602

Molzahn, Reed and Rouse
20 N. Clark Street #2300
Chicago, IL 60602

David Matthew Lewerentz
Joshua Micah Mazzeri
1411 N. State Parkway, Unit GB
Chicago, IL 60610

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| DAVID MATTHEW LEWERENTZ and | ) | |
| JOSHUA MICAH MAZZERI, | ) | No. 18-15803 |
| | ) | Hon. Timothy A. Barnes |
| | ) | Chapter 7 |
| Debtor(s) | ) | |

### TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL

Andrew J. Maxwell, Trustee, by his attorneys, states the following as Trustee's Application to Employ Special Counsel ("Application"), seeking to employ Vincent J. Arrigo and Romanucci & Blandin, LLC (collectively the "Firm"), Adam Berger ("Berger"), and Molzahn, Reed and Rouse (the "MRR Firm") (all three sometimes collectively referred to as "Special Counsel")  as special counsel to the estate to prosecute that certain cause of action more particularly described in this Application:

1.  This case was commenced by Debtor filing a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on May 31, 2018.

2.   Andrew J. Maxwell was appointed as Chapter 7 interim Trustee, has qualified and is serving as the permanent trustee.  The first meeting of creditors was held and concluded. The Debtors have each received a discharge. .

3.  Mr. Mazzeri, one of the debtors, disclosed a cause of action seeking compensation for personal injuries suffered. (the "Lawsuit").[1]   The Trustee believes the Lawsuit is property of the estate pursuant to Section 541(a)(5)(A), Title 11 U.S.C. (the "Bankruptcy Code") that could benefit the creditors of the estate.

---

[1] Trustee is informed the Lawsuit is a cause of action not formally in litigation at this time and that it may consist of claims against several parties or insurers so that more than a single

2

4. Venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. The Application is a core proceeding pursuant to 28 U.S.C. §157(b) (2) (A).

5. The Trustee needs to employ special counsel to pursue the Lawsuit. Prior to the commencement of the bankruptcy case, Debtor had employed counsel to prosecute the Lawsuit on his behalf.

6 Berger, at the time associated with MRR Firm, consulted with Joshua Mazzeri a/k/a Josh Mazzeri ("Debtor") and referred him to the Firm . Debtor and the Firm entered into a Retainer Agreement ("Agreement") dated November 2, 2016, for legal representation regarding a certain accident which occurred on or about October 13, 2016. The Agreement provides for payment to Firm of one third (1/3) of any amount realized from any settlement, 40% in the event of trial or arbitration, 45% in the event of an appeal, and 50% in the event of a second trial, plus reimbursement of expenses. The Agreement further provides that any attorney fee will be divided between Firm and Berger, each of whom remain responsible for legal services according to the Agreement, two thirds and one third, respectively. A copy of the Agreement is attached as an exhibit to this Application.

The Agreement purported to be amended by document dated October 18, 2018 ("Amendment"), which did not change the fee to the client but only changed the division of the fee among the attorneys to be 60% to the Firm, 20% to Berger, and 20% to MRR Firm.

7. The Trustee seeks to employ Special Counsel as special counsel for the estate to prosecute the Lawsuit on substantially the same terms set forth in the Agreement and Amendment except as provided *infra* in this Application. Section 327(e) of the Bankruptcy Code specifically authorizes the employment as special counsel of an attorney that represented a debtor prior to commencement of the bankruptcy case. The Agreement provides for a contingent recovery may occur.

3

fee plus reimbursement of expenses, as set forth above.

8. On information and belief, Special Counsel does not represent or hold any interest adverse to the Debtor, the Trustee, or the bankruptcy estate on the matters on which they are to be employed. In support of this Application, the Trustee has filed or will file Unsworn Declaration of Vincent J. Arrigo substantially in the form attached hereto as an exhibit.

9. If this Application is granted, Special Counsel will undertake the representation of the bankruptcy estate in the Lawsuit substantially in accord with the terms of the Agreement, except that:

a) Trustee will not be responsible for the payment or reimbursement of any costs and expenses except in the event of and to the extent of recovery from the Lawsuit;

b) Special Counsel will seek approval from Trustee prior to any settlement of the Lawsuit. Thereafter, Trustee will file a motion with the Bankruptcy Court to seek authorization to settle the Lawsuit and to approve payment of special counsel compensation;

c) Any payment of any amount on the account of the Lawsuit will be made payable to the Trustee; Trustee shall have the sole and exclusive authority to accept and negotiate the check or draft by which payment of any amount is made; the payer shall be directed to issue and deliver such check or draft that may enable Trustee to deposit those funds in an account established on behalf of this estate; and Trustee will deposit such funds in an account established on behalf of the bankruptcy estate; and

d) Only one fee will be paid out of any amount realized on account of the Lawsuit.

10. Notice of this Application has been provided to the Debtors' bankruptcy attorney of record, Debtors, each of the three proposed Special Counsel, the United States Trustee, and any others having registered to receive electronic notices in this case. To the extent possible, service was made pursuant to Section II (B) (4) of the Administrative Procedures for the Case Management/Electronic Case Filing System through the Court's Electronic Notice for Registrants and otherwise by depositing same in the United States Mail, postage prepaid, unless otherwise indicated on the service list. Further notice should not be required at this time.

WHEREFORE, Andrew J. Maxwell, Trustee, prays this Court to enter an order granting

4

him the relief sought in this Application and granting such other and further relief as this Court deems just and fair.

                                            Respectfully submitted,
                                            Andrew J. Maxwell, Trustee

                                            BY    /s/ *Andrew J. Maxwell*
                                            One of his attorneys

Andrew J. Maxwell (ARDC #1799150)
Maxwell Law Group
3010 N. California Ave.
Chicago, Illinois 60618
312/368-1138

5