**ROMANUCCI & BLANDIN, LLC**
*A Partnership of Trial Attorneys*

## ATTORNEY - CLIENT AGREEMENT

I (we) hereby agree to retain **Romanucci & Blandin, LLC and** Adam Berger to prosecute or settle all claim(s) for personal injury against all responsible parties sustained by Josh Mazzeri on or about 10/13/16, at or near I-90 EB Mile Marker 82.

In consideration for services rendered by **Romanucci & Blandin, LLC and** Adam Berger and except as otherwise limited by rule or statute, I (we) agree to pay said attorneys a sum equal to 33 1/3% of the gross amount recovered from the claim, inclusive of the recovery of medical payments benefits, by settlement; a sum equal to 40% of the gross amount recovered in the event of trial or arbitration, 45% in the event an appeal, and 50% in the event of a second trial. Further, I (we) approve the attorney fee division as follows: **Romanucci & Blandin, LLC** 66 2/3%, *and* Adam Berger 33 1/3%, and that each will remain fully responsible to the clients in the performance of legal services, with any case costs advanced for litigation shared by the attorneys on the same pro-rata percentage.

In the event that a prior attorney receives quantum meruit, said quantum meruit shall be paid by or reduced from the referring attorney's fees.

In addition to the above fee, I (we) agree to pay all expenses incurred in the processing and settlement of the claim, including, but not limited to: expert witness, photographs, police reports, postage, photocopying (25 cents per black & white page/ 45 cents per color page), investigation fees, court reporter fees, doctor's medical fees, experts court appearance fees, court costs, subpoena fees, filing fees, and trial exhibits.

We further agree to pay for any finance, upload charge/base charge or similar type charges that are incurred as result of the above referenced expenses including but not limited to: US Legal (medical record copy service) fees for base charge/upload charge not to exceed $125 per provider per department; McCorkle Litigation Services (depositions) finance charges in the amount of 1 % per month per invoice until the case resolves and payments are made; and certain other expert finance fees on their invoices until the case resolves.

I understand that the attorney fees will be calculated from the gross verdict and or settlement and then case costs will be deducted from the balance of the verdict or settlement.

I (we) hereby give and grant unto said attorneys full power and authority to do and perform all and every act and thing whatsoever, including executing checks, drafts, affidavits, releases and the like requisite and necessary to be done in and about the claim, as fully, to all intents and purposes, as might or could do if personally present, hereby ratifying and confirming all that the said attorneys shall lawfully do or cause to be done by virtue hereof.

Dated: 11/02, 2016

_____  x Dave Lewerentz
Josh Mazzeri

We hereby agree to the above and further agree to make no charge for attorney fees unless recovery is had in the above claim, and to make no settlement without consent of clients.

_____
Romanucci & Blandin, LLC

321 North Clark Street | Suite 900 | Chicago, Illinois 60654
312.458.1000 | Fax: 312.458.1004 | Toll Free: 888.458.1145 | Email: info@rblaw.net
www.rblaw.net