IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| DAVID MATTHEW LEWERENTZ and | ) | |
| JOSHUA MICAH MAZZERI, | ) | No. 18-15803 |
| | ) | Hon. Timothy A. Barnes |
| | ) | Chapter 7 |
| Debtor(s) | ) | |

## NOTICE OF MOTION

To:   service list set in Supplemental Certificate of Service, below

**PLEASE TAKE NOTICE** that on **November 28, 2018 at 10 a.m**., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Timothy A. Barnes in Courtroom 744 or such judge who may be sitting in his stead, in the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Trustee's Motion to Approve Compromises, Allow and Pay Compensation, Limit Future Notice, and For Other Relief,** at which time and place you may appear if you see fit.  A copy of said Motion is attached hereto and herewith served upon recipients of ECF notice; only the notice is attached to other parties.  **A copy of the Motion may be obtained by logging onto Pacer (ilnb.gov.us, account required) or by making written request to the Trustee's counsel.**

Andrew J. Maxwell (ARDC #1799150)
Maxwell Law Group
3010 N. California Ave.
Chicago, IL 60618
312/368-1138

## SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned attorney certifies that he served a copy of the foregoing Notice of Motion only to three parties on the service list by depositing same in the U.S. Mail, postage prepaid, all on or before November 8, 2018. Vincent J. Arrigo, Romanucci & Blandin, LLC, 321 N. Clark Street, #900, Chicago, IL 60654; Adam Berger, 20 N. Clark Street #2300, Chicago, IL 60602; and Molzahn, Reed and Rouse, 20 N. Clark Street #2300, Chicago, IL 60602

*/s/ Andrew J. Maxwell*