UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-15803 |
| DAVID MATTHEW LEWERENTZ and | ) | |
| JOSHUA MICAH MAZZERI | ) | Chapter: 7 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING TRUSTEE TO EMPLOY SPECIAL COUNSEL

This case coming to be heard on Trustee's Application to Employ Special Counsel ("Application"), seeking to employ Vincent J. Arrigo and Romanucci & Blandin, LLC, Adam Berger, and Molzahn, Reed and Rouse (collectively referred to as "Special Counsel") as special counsel for this estate; the Declaration of Proposed Attorney for Trustee for Vincent J. Arrigo ("Declaration") having been filed in support of the Application; this Court having considered the Application and the Declaration, and being fully advised in the premises of same; due notice having been given;
IT IS HEREBY ORDERED THAT:
The Trustee is authorized to employ Vincent J. Arrigo and Romanucci & Blandin, LLC, Adam Berger and Molzahn, Reed and Rouse as special counsel in this case.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: December 19, 2018

**Prepared by:**

Andrew J. Maxwell (ARDC 1799150)
Maxwell Law Group
3010 N. California Ave.
Chicago, Illinois 60618
312/368-1138