**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No:** 18-15803

**Case Name:** LEWERENTZ, DAVID MATTHEW
MAZZERI, JOSHUA MICAH

**For Period Ending:** 03/31/2019

**Judge:** Timothy A. Barnes

**Trustee Name:** Andrew J. Maxwell
**Date Filed (f) or Converted (c):** 05/31/2018 (f)
**341(a) Meeting Date:** 07/09/2018
**Claims Bar Date:** 02/06/2019

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1.   2014 Trail Light Trek | 16,000.00 | 0.00 | | 0.00 | 0.00 |
| 2.   2016 BMW X3 | 24,000.00 | 0.00 | | 0.00 | FA |
| 3.   2015 BMW 328I | 37,000.00 | 0.00 | | 0.00 | 0.00 |
| 4.   2016 Harley Davidson Street Glyde | 18,500.00 | 0.00 | | 0.00 | FA |
| 5.   Household goods and funiture | 3,300.00 | 0.00 | | 0.00 | FA |
| 6.   1 TV (6 years old), 1 computer (8 years old) | 500.00 | 0.00 | | 0.00 | FA |
| 7.   IPad, 2 IPhones on payment plan with Verizon Wirel | 400.00 | 0.00 | | 0.00 | FA |
| 8.   Clock 17, Glock 43 used by Debtor in security work | 700.00 | 0.00 | | 0.00 | 0.00 |
| 9.   Clothing and shoes | 1,000.00 | 0.00 | | 0.00 | FA |
| 10.  Wedding rings, silver ring,Citizen silver band wat | 500.00 | 0.00 | | 0.00 | 0.00 |
| 11.  2 dogs | 0.00 | 0.00 | | 0.00 | FA |
| 12.  TCF Bank | 973.00 | 0.00 | | 0.00 | 0.00 |
| 13.  Term Life Insurance, State Farm, Beneficiary: Debt | 0.00 | 0.00 | | 0.00 | FA |
| 14.  Term Life Insurance, State Farm, Beneficiary: Debt | 0.00 | 0.00 | | 0.00 | FA |
| 15.  Personal injury claim. RNB Law, Vincent J Arrigo - | 33,000.00 | 0.00 | | 50,000.00 | 0.00 |
| 16.  Various construction tools | 500.00 | 0.00 | | 0.00 | FA |

Page 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  **18-15803**                  Judge:  **Timothy A. Barnes**                  Trustee Name:  **Andrew J. Maxwell**

Case Name:  **LEWERENTZ, DAVID MATTHEW**          Date Filed (f) or Converted (c):  **05/31/2018 (f)**

**MAZZERI, JOSHUA MICAH**                341(a) Meeting Date:  **07/09/2018**

For Period Ending:  **03/31/2019**               Claims Bar Date:  **02/06/2019**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 136,373.00 | 0.00 | | 50,000.00 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**waiting on second settlement (same PI attorneys)**
**initial settlement proceeds received 1-14, deposited 1-15-19**
**policy limit settlement late October 2018; employing attorneys, special counsel, and preparing 9019 motion early November 2018; after some issues caused by special counsel, all relief granted 12-19-18, waiting on settlement proceeds**
**341 HELD 7/9/18**
**DOCS RECEIVED**
**SEVERAL VEHICLES AND A H. DAVIDSON MOTORCYCLE**
 **all liened up**
**PERSONAL INJURY CASE PENDING 33K claim asserted by BC/BS per schedules**

**Initial Projected Date of Final Report(TFR) :**          **Current Projected Date of Final Report(TFR) :**  12/31/2019

**Trustee's Signature**       /s/Andrew J. Maxwell               **Date:**  05/23/2019

Andrew J. Maxwell
3010 N. California Avenue
Chicago, IL 60618
Phone : (312) 368-1138

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page 1

| | |
|---|---|
| **Case No:** 18-15803 | **Trustee Name:** Andrew J. Maxwell |
| **Case Name:** LEWERENTZ, DAVID MATTHEW | **Bank Name:** Texas Capital Bank |
| MAZZERI, JOSHUA MICAH | **Account Number/CD#:** ******4336 Checking Account |
| **Taxpayer ID No:** **-***9692 | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 3/31/2019 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/15/2019 | [15] | Allstate | settlement of tort claim | 1142-000 | 50,000.00 | | 50,000.00 |
| 01/15/2019 | 51001 | joshua m. mazzeri | partial PI exemption per agreement | 8100-002 | | 6,000.00 | 44,000.00 |
| 01/15/2019 | 51002 | Romanucci & Blandin, LLC<br>321 N Clark St<br>Chicago, IL 60654 | contingent fees first settlement 0/c 12/28/18 | 3210-000 | | 16,666.67 | 27,333.33 |
| 01/15/2019 | 51003 | Romanucci & Blandin, LLC<br>321 N Clark St<br>Chicago, IL 60654 | costs reimbursement per o/c 11/28/18 | 3220-000 | | 1,177.27 | 26,156.06 |
| 01/18/2019 | 51004 | Blue Cross Blue Shield of Illinois<br>Attn: Health Care Service Corp.<br>255542 Network Place<br>Chicago, IL 60673-1255 | event no. 11895958 | 4220-000 | | 14,784.83 | 11,371.23 |
| 01/18/2019 | 51005 | Blue Cross Blue Shield of Illinois<br>Attn: Health Care Service Corp.<br>255542 Network Place<br>Chicago, IL 60673-1255 | event no.. 13849061 | 4220-000 | | 9,109.96 | 2,261.27 |
| | | | Page Subtotals | | 50,000.00 | 47,738.73 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No:** 18-15803 | **Trustee Name:** Andrew J. Maxwell | |
| **Case Name:** LEWERENTZ, DAVID MATTHEW | **Bank Name:** Texas Capital Bank | |
| MAZZERI, JOSHUA MICAH | **Account Number/CD#:** ******4336 Checking Account | |
| **Taxpayer ID No:** **-***9692 | **Blanket bond (per case limit):** 5,000,000.00 | |
| **For Period Ending:** 3/31/2019 | **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 50,000.00 | 47,738.73 | |
| Less:Bank Transfer/CD's | 0.00 | 0.00 | |
| **SUBTOTALS** | 50,000.00 | 47,738.73 | |
| Less: Payments to Debtors | | 6,000.00 | |
| **Net** | 50,000.00 | 41,738.73 | |

| | | |
|---|---|---|
| All Accounts Gross Receipts: | 50,000.00 | |
| All Accounts Gross Disbursements: | 47,738.73 | |
| All Accounts Net: | 2,261.27 | |

| **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
|---|---|---|---|
| ******4336 Checking Account | 50,000.00 | 47,738.73 | |
| **Net Totals** | 50,000.00 | 47,738.73 | 2,261.27 |