# Exhibit 1

{00014788}

# FEE SPLIT AGREEMENT
## RIDER TO ATTORNEYS' REPRESENTATION AGREEMENT - CIVIL

**Client's Name:**         Joshua Mazzeri

**Defendant:**             UM/UIM claim

**Date of Accident:**      October 13, 2016

A copy of this Agreement has been provided to the client and a copy of this Agreement will be retained by the Attorneys.

All expenses referred to the above shall be deducted after the contingent fee is calculated.

1. A division of fees will be made in the above matter.

2. The division of fees will be 2/3 to GORDON LAW OFFICES, LTD. and 1/3 to Romanucci & Blandin.

3. The Law Firm of GORDON LAW OFFICES, LTD. will be trial counsel responsible for the litigation and/or negotiation of said matter.

4. Romanucci & Blandin will be available for consultation with trial counsel and the client as circumstances require.

5. Romanucci & Blandin has referred this matter to GORDON LAW OFFICES, LTD., and assumes the same legal responsibility for the performance of legal services.

6. Romanucci & Blandin has referred other matters to GORDON LAW OFFICES, LTD. as trial counsel.

_Joshua Mazzeri (Nov 9, 2020 18:57 CST)_
_____
JOSHUA MAZZERI


_____
ROMANUCCI & BLANDIN


_____
GORDON LAW OFFICES, LTD.

Dated:_____



## ATTORNEY-CLIENT AGREEMENT

I, Joshua Mazzeri, hereby retain and employ Gordon Law Offices, Ltd. to investigate and potentially prosecute a UM/UIM claim for a motor vehicle accident on October 13, 2016.

In consideration for the legal services by Gordon Law Offices, Ltd., I agree to pay said attorneys a sum equal to 33-1/3% of any amount realized from said claim by settlement prior to the first day of trial. Thereafter, in the event this case proceeds to trial or arbitration, I agree to pay said attorneys 40% of any amount then recovered.

I further agree to pay any costs and expenses reasonably incurred in the prosecution of this claim, and authorize Gordon Law Offices, Ltd. to make said reasonable expenditures believed by said firms to be necessary in connection with the investigation, preparation or prosecution of this claim.

I agree to cooperate fully in any way reasonably necessary, in said attorneys' judgment, to develop said claim or prepare it for litigation or trial in the event of suit. Such cooperation is not limited to, but may include my active participation in investigating and transmitting it to appropriate parties.

AGREED to on the _____ day of _____, 2020.

_____
Joshua Mazzeri (Nov 9, 2020 18:57 CST)
Joshua Mazzeri

I hereby agree to the above and further agree to make no charge for services except for costs and expenses advanced unless recovery is had in the above claim, and to make no settlement without consent of claimant.

GORDON LAW OFFICES, LTD.

By:_____

Gordon Law Offices, Ltd.
111 W. Washington Street | # 1240
Chicago, Illinois 60602
T 312.332.5200 | F 312.242.4966
www.gordonlawchicago.com

# Docs for Signature

Final Audit Report                                                                 2020-11-10

| | |
|---|---|
| Created: | 2020-11-09 |
| By: | Richard Gordon (mcalderon@gordonlawchicago.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA78SJ0-xW1zy2aHDpe602CMKJT5hJnNI1 |

## "Docs for Signature" History

- Document created by Richard Gordon (mcalderon@gordonlawchicago.com)
  2020-11-09 - 6:50:09 PM GMT- IP address: 96.74.231.129

- Document emailed to Joshua Mazzeri (jmazzeri@gmail.com) for signature
  2020-11-09 - 6:50:39 PM GMT

- Email viewed by Joshua Mazzeri (jmazzeri@gmail.com)
  2020-11-10 - 0:55:07 AM GMT- IP address: 64.233.172.32

- Document e-signed by Joshua Mazzeri (jmazzeri@gmail.com)
  Signature Date: 2020-11-10 - 0:57:16 AM GMT - Time Source: server- IP address: 99.43.71.177

- Agreement completed.
  2020-11-10 - 0:57:16 AM GMT

Adobe Sign

# Exhibit 2

{00014788}

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **David Lewerentz and Joshua Mazzeri,** | Bankruptcy No. 18-15803 |
| Debtors. | Honorable Timothy A. Barnes |

**DECLARATION OF RICHARD GORDON IN SUPPORT OF
TRUSTEE'S APPLICATION TO RETAIN COUNSEL**

I, Richard Gordon, hereby state under penalty of perjury as follows:

1. I am an attorney and a partner at Gordon Gordon & Centracchio.

2. This Declaration is offered in support of the Trustee's Application to Employ Counsel. The matters set forth herein are true and correct to the best of my knowledge and belief.

3. To the best of my knowledge, neither any employee of Gordon Gordon & Centracchio, nor I, hold or represent an interest adverse to Joshua Mazzeri or his bankruptcy estate within the meaning of Section 327(a) of the Bankruptcy Code.

4. To the best of my knowledge, Gordon Gordon & Centracchio, all of its employees, and I are disinterested as that term is defined in Section 101(14) of the Bankruptcy Code and used in Section 327(a).

5. To the best of my knowledge, neither Gordon Gordon & Centracchio, nor any of its employees or owners, nor I, have any connections with the debtor, his creditors, the Trustee, the Unites States Trustee for Region 11, any person employed in the office of the United States Trustee, or any other party in interest or their respective attorneys,

within the meaning of Fed. R. Bankr. P. 2014(a), but that I communicated with Joshua Mazzeri and the professionals of Romanucci & Blandin in connection with the injury claim at issue.

6. I acknowledge that any and all compensation or reimbursement for fees and costs payable to me, or to Gordon Gordon & Centracchio, must be approved by the Bankruptcy Court prior to being paid and/or disbursed.

I declare under penalty of perjury that the foregoing is true and correct.

2-19-24
Date

Richard Gordon